1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9       RICHARD MAQUINALES, T-05865,      )
                                          )
10                    Plaintiff(s),       )        No. C 17-1408 CRB (PR)
                                          )
11          vs.                           )        ORDER OF TRANSFER
                                          )
12      L. SCHMIDT, et al.,               )
                                          )
13                    Defendant(s).       )
        ──────────────────────────────   )
14

15          Plaintiff, a prisoner at High Desert State Prison in Susanville, California, has

16    filed a pro se complaint under 42 U.S.C. § 1983.  A substantial part of the events or

17    omissions giving rise to the claim(s) occurred, and the defendants named reside, in the

18    County of Lassen, which lies within the venue of the Eastern District of California.  See

19    28 U.S.C. § 84(b).   Venue therefore properly lies in the Eastern District.  See id. §

20    1391(b).

21          Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28

22    U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for

23    the Eastern District of California.

24          The clerk shall transfer this matter and terminate all pending motions as moot.

25    SO ORDERED.

26    DATED: March 24, 2017

27                                                 CHARLES R. BREYER
                                                   United States District Judge

28    G:\PRO-SE\CRB\CR.17\Maquinales, R.17-1408.transfer.wpd