UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MAQUINALES,<br><br>    Plaintiff,<br><br>    v.<br><br>L. SCHMIDT, et al.,<br><br>    Defendants. | No. 2:17-cv-0634 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. (ECF No. 1). The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

In a screening order issued June 3, 2019, the court determined that plaintiff's complaint failed to state a claim upon which relief might be granted. (See ECF No. 8 at 5). As a result, plaintiff was given the options of amending the complaint, of dismissing it voluntarily, or of informing the court that he wished to stand on it as presented. (See id. at 5).

On June 19, 2019, plaintiff filed a "motion" to forego amending the complaint and to stand on the complaint as presented. (ECF No. 11). In support of the request, plaintiff states that filing a new complaint will render his previously filed complaint moot and that he does not want this to happen because he believes that the complaint, as currently written, has merit. (See id. 11 at 1).

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to stand on his complaint, filed June 19, 2019 (ECF No. 11), is GRANTED, and

2. The Clerk of Court shall randomly assign a District Court Judge to this action.

IT IS FURTHER RECOMMENDED that this action be dismissed for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915A(b)(1).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 21, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/maqu0634.of&r.dsms.ftsac